IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                               )<br>                    Plaintiff,                    )<br>                                                               )<br>vs.                                                       )<br>                                                               )<br>THOMAS DODSON,                          )<br>                                                               )<br>                    Defendant.                )<br>_____) | No. CR-07 - 197 JCS<br><br>**RELEASE ORDER** |

The defendant is ordered released under the same terms and conditions set forth on the face of his original personal recognizance bond, with the exception of the following two additional conditions:

1. The face value of the bond is increased from $10,000 (ten thousand) to $100,000 (one hundred thousand); and

2. the defendant shall reside at Center Point Drug Treatment Program, 1601 2nd Street, San Rafael, California, until further order of the Court.

The defendant is ordered to appear before this Court for sentencing on June 29, 2007 at 10:30 a.m.

Dated: 5/7/07

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

1